Drohan Lee LLP
5 Penn Plaza, 19th Fl
New York, New York 10001
(212) 710-0004
Email:  vdrohan@dlkny.com
       rportillot@dlkny.com


Richard A. Marcus, Esq. (CA SBN 183140)
Law Offices of Richard A. Marcus
28494 Westinghouse Place, Suite 205
Valencia, California 91355
Tel: (661) 257-8877
Email: Richard@attorneyrichardmarcus.com


Attorneys for Plaintiffs, Gloria Gaynor, ET AL.


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA GAYNOR AND ROBIN RANDALL, <br><br> Plaintiffs, <br><br> vs. <br> JOEL DIAMOND, individually and a/k/a JOEL DIAMOND ENTERTAINMENT and SILVER BLUE PRODUCTIONS, LTD., SILVER BLUE RECORDS, SILVER BLUE MUSIC, LTD., and OCEAN BLUE MUSIC LTD., <br><br> Defendant(s) | Case No.: 2:12:25-cv-07837-SWS-AS <br><br> **PLAINTIFFS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(1), 12(b)(6) and 41(b)** <br><br> **Hearing Date: January 12, 2026** <br> **Hearing Time: 1:30 P.M.** <br> **Courtroom 10A** |

REQUEST FOR JUDICIAL NOTICE

1. INTRODUCTION

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Plaintiffs Gloria Gaynor and Robin Randall ("Plaintiffs") request that the Court take judicial notice of certain records in connection with the concurrently filed opposition to the motion to dismiss the Second Amended Complaint.

2. PLAINTIFFS' RQUEST SHOULD BE GRANTED

It is requested that pursuant to Rule 201(b)(2) the Court take Judicial notice of the following documents as they are "not subject to reasonable dispute in that each is capable of being verified by resort to sources "whose accuracy cannot be reasonably questioned" FRCP 201(b)(2). In this case, various records are being provided as found on ASCAP, Broadcast Music Incorporated ("BMI") and SESAC, each fully recognized performing right entities that are universally accepted and recognized by the US Copyright Office:

Exhibit A:  BMI Royalty – demonstrating royalties being paid to Oceans Blue Music Ltd as late as 2023;

Exhibit B:  BMI Catalogue – As of January 2,m 2026 SESAC is still showing Publisher Name as Silver Blue Music Ltd.

Exhibit C: SESAC – As of January 2, 206 publisher is still shown as Silver Blue Music Ltd.

Exhibit D:  Universal Catalogue- As of May of 2025 works with Universal are still shown as part of Oceans Blue Music Ltd.

Exhibit E:  Website page dated November 25, 2025 showing Publisher still in existence for Silver Blue Music Ltd. and Ocean Blue Music Ltd.

3. CONCLUSION

As noted above Plaintiffs respectfully request that the Court take judicial notice of the above referenced exhibits.

January 5, 2026

*//Vivian Rivera Drohan//*
Vivian Rivera Drohan (2047)
Roberto Portillo Togno (7573)
5 Penn Plaza, 19th Floor
New York, New York 10001
(212) 710-0004
(212) 710-0003 (facsimile)
vdrohan@dlkny.com

*Counsel for Plaintiffs*