# MUSIC CONNECTION

# *Directory of Music Publishers*

*The major and indie publishers in this MC directory promote, exploit and collect payments for their writers' music. All info is updated for 2025, supplied by the listees. Please respect those who do not accept unsolicited material.*

**A WRITER'S PARADISE**
Nashville, TN
615-852-8297
**Email:** stacy@awritersparadise.com
**Web:** awritersparadise.com
**Contact:** Stacy Hogan
**How to Submit:** no unsolicited material

**ABET MUSIC**
411 E. Huntington Dr., Ste. 107
Arcadia, CA 91006
626-303-4114
**Email:** info@abetpublishing.com
**Web:** abetmusic.com
**Styles:** easy listening, chill, rock, world music, alternative
**How to Submit:** submit via website

**ALFRED PUBLISHING**
P.O. Box 10003
Van Nuys, CA 91410-0003
800-292-6122, 818-628-1528
**Web:** alfred.com
**How to Submit:** no unsolicited material

**ANOTHER VICTORY, INC.**
**CONCORD MUSIC**
9171 Wilshire Blvd 6th Floor, Beverly Hills, CA 90210
Beverly Hills, CA 90210
310-385-4455
**Email**: info@victoryrecords.com
**Web:**  concord.com/labels/victory-records, facebook.com/victoryrecords
**How to Submit:** no unsolicited material

**Additional locations:**

10 Lea Ave., #300
Nashville, TN 37210
629-401-3901

250 W 57th St.
6th Floor
New York, NY 10107
212-699-6588

7300 Biscayne Boulevard
1st Floor
Miami, FL 33138
305-760-6690

**ANTHEM ENTERTAINMENT**
120 Bremner Blvd, #2900
Toronto, ON, Canada M5J 0A8
416-850-1163
**Web:** anthementertainment.com

**Additional locations:**

**Nashville**
462 Humphreys Street
Nashville, TN 37203
1-615-327-2605

**Los Angeles**
9000 W. Sunset Blvd., Ste. 806
West Hollywood, CA 90069-5808
1-310-859-7450 Fax 1-310-288-2133

**BIG FISH MUSIC (BMI)**
**CALIFORNIA SUN MUSIC (ASCAP)**
818-508-9777
**Email:** chuck_bigfish43@att.net
**Web:** facebook.com/p/big-fish-music-100063641499778/, facebook.com/chuck.tennin.1
**Contact:** Chuck Tennin, Lora Sprague

**All Styles:** physical therapy music, country, pop, ballads, up-tempo, adult contemporary, gospel, Film/TV, orchestral, classical, instrumentals, rock, new age, jazz, blues, alternative

**BLUEWATER MUSIC SERVICES CORP.**
705 Ronald Reagan Way
Nashville, TN 37210
615-327-0808
**Email:** info@bluewatermusic.com
**Web:** bluewatermusic.com
**Published:** see web
**How to Submit:** no unsolicited material

**BMG CHRYSALIS**
BMG Chrysalis US
One Park Avenue
New York, NY 10016
212-561-3000
**Email:** info.us@bmg.com
**Web:** bmg.com
**Styles:** all styles
**Published:** T-Bone Burnett, Snow Patrol, Ryan Adams, Wilco, Nick Cave & the Bad Seeds, Los Lobos, Iggy Pop, Pete Townshend, Spoon, the Guess Who, Talib Kweli, Calexico, Thievery Corporation, Corinne Bailey Rae, Jamie Foxx, M. Ward, Tegan and Sara, Sean Garrett, the Faint, Kings of Leon, Craig David, of Montreal, Lady Sovereign, John Prine, Ani DiFranco, Fischerspooner, the Estates of Willie Dixon, Muddy Waters, Stevie Ray Vaughan, Johnny Cash, Fred Ahlert, Del Shannon, Townes Van Zandt, Gram Parsons, Woody Guthrie, Badfinger
**How to Submit:** no unsolicited material

**Additional locations:**

**Los Angeles**
5670 Wilshire Blvd   Suite 1400
323-969-0988
**Email:** info.us@bmg.com

**Nashville**
1 Music Circle South, Suite 500
Nashville, TN 37203
615-329-3999
**Email:** info.us@bmg.com

**BOOSEY & HAWKES, INC.**
250 W. 57th Street
New York, NY 10107
212-358-5300
**Email:** usrental@boosey.com, composers.us@boosey.com
**Web:** boosey.com
**How to Submit:** no unsolicited material

**BOURNE CO. MUSIC PUBLISHERS**
5 W. 37th St.
New York, NY 10018
**Fax:** 212-391-4300
**Email:** info@bournemusic.com
**Web:** bournemusic.com
**Styles:** entire music spectrum
**Published:** Nat "King" Cole, Nas, the Rat Pack, Crazy Frog, Al Jolson,  Rod Stewart, Barbra Streisand
**How to Submit:** no unsolicited material

**BRENTWOOD BENSON**
6501 Peake Road
Building 800
Macon, GA 31210
800-846-7664 Ext. 2, 615-261-3300 Ext. 1

**Web:** brentwoodbenson.com
**Styles:** CCM, Gospel
**How to Submit:** no unsolicited material

**BUZZART ENTERPRISES, INC.**
Santa Monica, CA
424-216-6105
**Email:** info@buzzartinc.com
**Web**: buzzartinc.com
**Contact:** Arthur Berggren
**Styles:** Rock
**How to Submit:** no unsolicited material

**CASE ENTERTAINMENT/NEW PANTS PUBLISHING/OLD PANTS PUBLISHING**
119 N. Wahsatch Ave.
Colorado Springs, CO. 80903
719-632-0227 Fax 719-634-2274
**Email:** rac@crlr.net
**Web:** oldpants.com, newpants.com
**Contact:** Robert Case
**How to Submit:** unsolicited material accepted. Call before sending demos.

**CHASER MUSIC, ASCAP/BMI AND RIGHTTRACK MANAGEMENT**
3927 Hemway Court-Penthouse
Santa Susana California 93063
805-200-9772
**Contact:**  Alex B. Rosenthal aka Chase Williams
Instagram, Facebook
**Email:** ar.cw.917@gmail.com
**Credits:** ET, In the Heat of the Night, Police Academy, Big, Tuff Turf, Composer songwriter Malcolm Bruce and others
Song Placements, Television, Film and Cable licensing

**CONCORD MUSIC PUBLISHING**
5750 Wilshire Blvd. , Suite 450
Los Angeles, CA 90036
310-385-4455
**Web:** concord.com/music-publishing
**How to Submit:** no unsolicited material
Other locations in Nashville, New York, Miami, London, Berlin

**CURB GROUP, THE**
25 Music Sq. E.
Nashville, TN 37203
615-321-5080
**Email:** licensing@curb.com, curb@curb.com
**Web:** curb.com
**How to Submit:** no unsolicited material

**DAVE TOUGH PRODUCTIONS**
5801 Tee Pee Trace
Nashville, TN 37013
615-554-6693
**Email:** dave@davetough.com
**Web:** davetough.com
**Styles:** pop, hip-hop, country, roots-rock
**Published:** Matt Heinecke, Siop, Toni Arthur, Cindy Alter, Come & Go. Also operate publishing demo studios in Nashville and L.A

**DEEP WELL RECORDS**
1750 Vine St.
Los Angeles, CA 90028
**Email:** info@deepwellrecords.com
**Web:** deepwellrecords.com

**DEFEND MUSIC, INC.**
Los Angeles, CA 90012
323-305-7315

**Email:** russell@defendmusic.com
**Web:** defendmusic.com
**Styles:** all styles
**Published:** songs recorded by Sharon Jones & the Dap Kings, Kaskade, Robert Glasper Experiment, Eli Paperboy Reed

**DELICIOUS VINYL**
6607 W. Sunset Blvd.
Los Angeles, CA 90028
323-464-7467
**Email:** contact@deliciousvinyl.com
**Web:** deliciousvinyl.com
**Styles:** hip-hop, reggae, rock

**DIMENSIONS GATE (BMI)**
Cleopatra Records
11041 Santa Monica Blvd., Ste. 703
Los Angeles, CA 90025
310-477-4000
**Web:** cleopatrarecords.com, facebook.com/cleopatrarecords
**Contact:** Brian Perera
**Published:** Cleopatra Records artists only
**How to Submit:** no unsolicited material

**DRAKE MUSIC GROUP**
P.O Box 330939
Murfreesboro, TN 37133
615-297-4345
**Web:** petedrakemusic.com
**How to Submit:** no unsolicited material

**EARWIG MUSIC COMPANY, INC.**
2054 W. Farwell Ave., Garden Unit
Chicago, IL 60645-4963
773-262-0278
**Email:** info@earwigmusic.com
**Web:** earwigmusic.com
**Contact:** Michael Frank or Rita Warder
**How to Submit:** no unsolicited material

**ECS PUBLISHING**
1727 Larkin Williams Rd.
St. Louis, MO 63026
800-647-2117, 636-305-0100
**Email:** customerservice@canticledistributing.com
**Web:** ecspublishing.com
**How to Submit:** no unsolicited material

**ELTON AUDIO PUBLISHING**
155 Willowbrook Blvd. Ste #110 3430
Wayne, NJ 07470
**Email:** contact@eltonaudio.com
**Web:** eltonaudio.com
**Contact:** Louis Elton

**EMI CMG MUSIC**
Capitol CMG Publishing
1234 Martin St, Suite 300
Nashville, TN 37203
615-371-6597
**Email:** capitolcmglicensing@umusic.com
**Web:** capitolcmgpublishing.com
**Styles:** CCM worship, gospel
**How to Submit:** no unsolicited material

**EMI MUSIC PUBLISHING**
(see SonyATV)

**FIRSTCOM MUSIC**
**UNIVERSAL PRODUCTION**
2105 Colorado Ave., Ste. 110
Santa Monica, CA  90404
310-865-4455
**Email:** info@firstcom.com
**Web:** universalproductionmusic.com/

**C O M P I L E D   B Y   R O B I N   R O S E**

**Download at** *musicconnection.com/industry-contacts*

en-us/contact
**How to Submit:** Call before submitting material

**FUNZALO PUBLISHING**
P.O. Box 2518
Agoura Hills, CA. 91376
818-578-8599
**Email:** funzalorecords@gmail.com
**Web:** funzalorecords.com
**Contact:** Dan Agnew
**Styles:** all styles
**How to Submit:** accepts unsolicited material, prefers CDs

**GAMBLE-HUFF MUSIC**
**Philadelphia International Music**
P.O. Box 128
Darby, PA 19023
610-583-8767
**Email:** chuck.gamble@warnerchappel.com
**Web:** gamble-huffmusic.com
**Contact:** Chuck Gamble
**Styles:** R&B, jazz, soul
**How to Submit:** no unsolicited material

**GENE AUTRY MUSIC GROUP, THE WARNER CHAPPELL MUSIC**
(Golden West Melodies, Gene Autry's Western Music Publishing, Ridgeway Music, Melody Ranch Music and the Gene Autry Music Company)
777 Santa Fe Ave.
Los Angeles, CA 90021
310-441-8600
**Web:** geneautry.com
**Published:** Vintage music catalog

**GENERATION MUSIC, INC. WORDS WEST LLC**
P.O. Box 15187
Beverly Hills, CA 90209
323-966-4433
**Email:** tony@wordswest.com, info@wordswest.com
**Web:** wordswest.com
**Contact:** Tony Gimbel, Managing Member Words West LLC/Tony Gimbel, President Generation Music, Inc.
**Styles:** all styles
**How to Submit:** no unsolicited material

**GOODNIGHT KISS MUSIC / SCENE STEALER MUSIC**
10153 1/2 Riverside Dr., Ste. 239
Toluca Lake, CA 91602
323-393-0634
**Email:** janetfisher@gmail.com
**Web:** goodnightkiss.com
**Contact:** Janet Fisher
**Styles:** all styles, especially master-quality hip tracks for film/TV
**Published:** '80s songs currently in film, ads and shows
**How to Submit:** online newsletter updates request monthly; subscribe at our website

**HACATE ENTERTAINMENT GROUP**
245 8th Ave., Ste. 869
New York, NY 10011
212-586-4229
**Email:** info@hacate.com
**Web:** hacate.com
**How to Submit:** We currently are not accepting any submissions

**Additional location:**

**Headquarters - Oslo**
6PB 2050, Vika 6
0125 Oslo Norway
+47-2242-0112

**HAL LEONARD MUSIC**
P.O. Box 13819
Milwaukee, WI 53213
414-774-3630

**Web:** halleonard.com
**How to Submit:** no unsolicited material

**HARMONIOUS MUSIC**
5062 Lankershim Bl. #174
N. Hollywood, CA 91601
818-569-3020
**Email:** jay@2activate.com
**Contact:** Madeleine Smith, Jay Arthur
**Styles:** urban, pop, club, rock, country and children's
**How to Submit:** soundcloud & YouTube links, easy to stream & listen (nothing to download), unsolicited material accepted

**HARMONY ARTISTS**
20501 Ventura Blvd, Suite 289
Woodland Hills, Ca 91364
323-655-5007 Fax 323-655-5154
**Email:** jross@harmonyartists.com
**Web:** harmonyartists.com
**Contact:** Jerry Ross
**Styles:** all
**How to Submit:** no unsolicited material

**HARRY WARREN ENTERTAINMENT**
421 E. 6th Street, Suite 501B
Los Angeles, CA 900134
213-236-9222
**Email:** info@harrywarrenent.com
**Web:** harrywarrenent.com
**Styles:** standards, film music all styles (except country 1926-1960)
**How to Submit:** no unsolicited material

**INTERNATIONAL MUSIC COMPANY**
35 W 45th Street, 2nd Floor
New York, NY 10036
212-391-4200
**Email:** info@internationalmusicco.com
**Web:** internationalmusicco.com
**Contact:** Marco Berrocal
**Styles:** publishes classical sheet music
**How to Submit:** no unsolicited material

**J.W. PEPPER & SON, INC**
191 Sheree Blvd.
Exton, PA 19341
610-648-0500, 800-345-6296
**Email:** satisfaction@jwpepper.com
**Web:** jwpepper.com/sheet-music/welcome.jsp
**Styles:** concert band, marching band, orchestra, choral, piano
**How to Submit:** no unsolicited material

**KOBALT MUSIC**
2 Gansevoort St., 6th Floor
New York, NY 10014
212-247-6204
**Email:** info@kobaltmusic.com
**Web:** kobaltmusic.com

**KREISELMAN MUSIC PUBLISHING**
215 East 95th St., #30B
New York, NY 10128
917-847-6457
**Email:** adamkreiselman@gmail.com
**Web:** kreiselmanmusicpublishing.com
**Styles:** Big Band, ballads, jazz, blues, Christmas songs, country, disco, standards
**Published:** I publish the catalog of my late grandfather, Irving Weiser, a successful composer in the '40s and '50s.
**Contact:** AdamKreiselman
**How to Submit:** email before submitting

**LAKE TRANSFER MUSIC**
12400 Ventura Blvd. #346
Studio City, CA 91604
818-508-7158
**Email:** info@laketransfer.com
**Web:** laketransfer.com
**Contact:** Tina Antoine
**Styles:** alt. rock, hip-hop, Latin-pop
**How to Submit:** unsolicited material accepted

**LANSDOWNE, WINSTON, BLOOR & HOFFMAN HOUSE MUSIC PUBLISHERS (LWBH) ASCAP/BMI**
P.O. Box 1415
Burbank, CA 91507-1415
818-748-0001
**Email:** lynne@lwbhmusicpublishers.com
**Web:** lwbhmusicpublishers.com
**Contact:** Lynne Robin Green, President
**Styles:** all styles, except for hard rock/heavy metal. No middle of the road (MOR) pop or old-fashioned C&W songs. For film & TV submissions, musician/vocal pre-cleared masters only: enclose credits of artist as applicable.
**How to Submit:** We are not accepting any new material

**LEIBER & STOLLER PUBLISHING**
P.O. Box 11267
Marina del Rey, CA 90295
310-273-6401
**Email:** peter.stoller@leiberstoller.com
**Web:** leiberstoller.com

**LOVECAT MUSIC**
142 W. End Ave., #23W
New York, NY 10023
**Email:** lovecatmusic@gmail.com
**Web:** lovecatmusic.com, facebook.com/lovecatmusic
**Styles:** all styles of vocal music
**How to Submit:** email to submit

**MAKIN' MUSIC**
2121 Fairfax Ave. Ste #11
Nashville, TN 37212
615-292-7615
**Email:** makinmusicllc@gmail.com
**Web:** facebook.com/makinmusicLLC
**Styles:** country, radio promotion, marketing
**How to Submit:** no unsolicited material

**MAYFLOWER MUSIC**
P.O. Box 30122
Tucson, AZ  5751
520-326-4400
**Email:** celestial@harmonies.com
**Web:** harmonies.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**MEMORY LANE MUSIC GROUP**
P.O. Box 254
Port Washington, NY 11050
212-460-8677
**Email:**  info@memorylanemusicgroup.com
**Web:** memorylanemusicgroup.com
**Contact:** Mark Spier, Pres., CEO
**Styles:** standards, novelties
**How to Submit:** no unsolicited material

**MIRACLE WORX MUSIC PUBLISHING**
P.O. Box 955
Summerfield, NC
336-904-8347
**Email:** miracleworxmusic@gmail.com
**Web:** miracleworxmusic.com
**Contact:** Ken Gay, Jr.
**Styles:** Gospel, R&B/Soul, Pop, Blues
**How to Submit:** Send web links via email to your bio, music tracks, social media sites.  No mail please

**MOJO MUSIC MEDIA**
437 E. Iris Dr.
Nashville, TN 37204
 615-255-9837
**Email:** lee@mojomusicandmedia.com
**Web:** mojomusicandmedia.com, concord.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**Additional locations:**

**Los Angeles**
2355 Westwood Blvd,  #1245
Los Angeles, CA 90025
310-213-6109
**Contact:** Matt Lilley
**Email:** clearance@mojomusicandmedia.com

**MORAINE MUSIC**
500 E. Iris Dr.
Nashville, TN 37204
615-383-0400
**Email:** info@morainemusic.com
**Web:** morainemusic.com
**Styles:** country, rock, blues, Americana
**How to Submit:** no unsolicited material

**MORGAN MUSIC GROUP, INC**
1800 Grand Ave.
Nashville, TN 37212
615-383-9029
**Email:** songmerch@aol.com
**Contact:** Dennis Morgan
**Styles:** pop, country, rock
**How to Submit:** no unsolicited material

**MOUNTAIN APPLE COMPANY, THE**
P.O. Box 22569
Honolulu, HI 96823
808-597-1888
**Web:** mountainapplecompany.com
**Styles:** Various types of Hawaiian and Polynesian music.
**How to Submit:** no unsolicited material

**MPL MUSIC PUBLISHING**
41 W. 54th St.
New York, NY 10019
**Web:** mplcommunications.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**MUSCLE SHOALS RECORDS / FAME MUSIC GROUP**
603 E. Avalon Ave.
P.O. Box 2527
Muscle Shoals, AL 35662
256-381-0801
**Email:** info@famestudios.com
**Web:** famestudios.com
**Styles:** country, R&B, soul
**How to Submit:** accepts unsolicited material, see web for details

**MUSIC ROOM PUBLISHING GROUP, THE (ASCAP) / MRP MUSIC (BMI)**
525 S. Francisca Ave.
Redondo Beach, CA 90277
310-316-4551
**Email:** mrp@aol.com, johnny@johnnyreed.com
**Web:** johnnyreed.com
**Contact:** John Reed
**Styles:** rock, pop, film music
**How to Submit:** no unsolicited material

**NEW HEIGHTS ENTERTAINMENT**
New York City, Calabasas, CA
**Email:** info@newheightsent.com
**Web:** newheightsent.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**NORTH STAR MEDIA**
3765 Wade St.
Los Angeles, CA 90066
818-766-2100, 818-766-2678
**Email:** pblair@northstarmedia.com
**Web:** northstarmedia.com
**How to Submit:** unsolicited material accepted

**Additional location:**

**Michigan**
40900 Woodward Ave., Ste. 350

Bloomfield Hills, MI 48304
248-593-1442

**OH BOY RECORDS**
P.O. Box 15022
Nashville, TN 37215
615-742-1250
**Email:** info@ohboy.com
**Web:** ohboy.com
**Published:** see web
**How to Submit:** no unsolicited material

**THE ORCHARD**
23 E 4th Street, 3rd Floor
New York, NY 10003
212-201-9280
(Sony Music Entertainment)
New York, United Kingdom
**Web:** theorchard.com

**PEERMUSIC**
901 W. Alameda Ave., Ste. 108
Burbank, CA 91506
818-480-7000
**Email:** losangeles@peermusic.com
**Web:** peermusic.com
**Styles:** all styles
**Published:** see web
**How to Submit:** no unsolicited material

**Additional locations:**

**Corporate Office - Berkeley**
2397 Shattuck Ave., Ste. 202
Berkeley, CA 94704
510-848-7337
**Email:** sfcorp@peermusic.com

**Miami**
5050 Biscayne Boulevard, Suite 104
Miami, FL 33137
**Email:** Miami@peermusic.com

**Nashville**
55 Music Sq. E. Ste. C
Nashville, TN 37203
**Email:** Nashville@peermusic.com

**New York**
152 West 57th Street
New York, NY 10107
**Email:** newyork@peermusic.com

**PEN MUSIC GROUP, INC.**
12456 Ventura Blvd., Ste. 3
Studio City, CA 91604-2484
818-766-9200
**Email:** michael@penmusic.com
**Web:** penmusic.com
**Contact:** Michael Eames, President
**How to Submit:** no unsolicited material

**PRIMARY WAVE MUSIC PUBLISHING**
116 E. 16th St., 9th Fl.
New York, NY 10003
212-661-6990 Fax 212-661-8890
**Email:** info@primarywavemusic.com
**Web:** primarywave.com
**Styles:** rock, pop

**Additional location:**

**Los Angeles**
2690 N Beachwood Drive, Floor 2
Los Angeles, CA 90068
424-239-1200

**PRISM ESCAPE MUSIC**
Penny Ln. Bldg.
215 E. 24th St., Ste. 221
New York, NY 10010
212-686-0902
**Email:** prismescape@gagorder.com
**Web:** gagorder.com
**Contact:** George A. Gesner
**Styles:** rock, pop, R&B, world, semi-classical, new age, alt. country, folk

**RALEIGH MUSIC PUBLISHING**
1411 Broadway, 21st Floor
New York, NY 10018
212-804-8181
**Email:** info@raleighmusicgroup.com
**Web:** raleighmusicgroup.com
**Contact:** Peter Raleigh, Steve Storch
**All Styles:** Heritage Catalog Admin, Pop, Hip-Hop, R&B, Rock, Alternative, One Stops
**Notes:** Elvis Presley, George Gershwin, Anthony Newley, America, PHresher, Muhammad Ali, Lords of the Underground, ISLAND, Lost Frequencies, Taylor Dayne, Randy Edelman

**REALSONGS**
323-462-1709
**Email:** manthony@realsongs.com
**Web:** realsongs.com
**Styles:** pop, R&B, rock, country
**How to Submit:** no unsolicited material, publishes Diane Warren exclusively and does not sign outside songwriters.

**RECOGNITION MUSIC GROUP**
United House
9 Pembridge Road
London
W11 3JY
+44 (0)20 3828 7664
**Email:** info@recognitionmusicgroup.com
**Web:** recognitionmusicgroup.com

**RING CIRCUS MUSIC**
2209 Grantland Ave
Nashville, TN 37204
**Email:** admin@3ringcircusmusic.com
**Web:** 3ringcircusmusic.com

**ROBBINS ENTERTAINMENT**
333 Hudson St • Suite 506
New York, NY 10013
212-675-4321
**Email:** info@robbinsent.com
**Web:** robbinsent.com
**Styles:** dance
**How to Submit:** accepts unsolicited material, see "demos" section on web for full details

**ROUND HILL MUSIC**
818 18th Ave. S, Suite 940
Nashville, TN 37203
615-695-7705
**Web:** roundhillmusic.com
**How to Submit:** no unsolicited material

**Additional locations:**

**Los Angeles**
615-695-7705

**New York**
650 Fifth Avenue
Suite 1420
New York, NY 10019
212-380-0080

**ROYALTY NETWORK, INC., THE**
224 W 30th St, #1007
New York, NY 10001-1077
212-967-4300
**Email:** creative@roynet.com
**Web:** roynet.com
**Styles:** all styles
**Published:** M.O.P., Kelly Price, Dead Prez, Muggs (Cypress Hill), VHS or Beta
**How to Submit:** please contact prior to submitting

**Additional location:**

**Studio City**
12711 Ventura Blvd., #217

Studio City, CA 91604
818-862-0775

**RYMATICA ENTERTAINMENT**
P.O. Box 640337
Miami, FL 33164
786-354-1770
**Email:** richardjohn@rymatica.com
**Web:** rymatica.com
**Contact:** Richard John
**Current Affiliate:** ASCAP

**SCHOTT MUSIC CORP. & EUROPEAN AMERICAN MUSIC DIST.**
156 Fifth Ave., Suite 600
New York, NY 10010
212-461-6958
**Email:** ny@schott-music.com
**Web:** eamdc.com
**Styles:** classical, pop
**How to Submit:** no unsolicited material

**SECOND FLOOR MUSIC**
130 W. 28th St., 2nd Fl.
New York, NY 10001
212-741-1175
**Web:** secondfloormusic.com, jazzleadsheets.com
**Styles:** Jazz
**How to Submit:** call or email first

**SEXTILLION MUSIC**
318 Kingsland Road
London E8 4DE
United Kingdom
+44 75 49 57 7919
**Email:** scott@sextillionmusic.com
**Web:** sextillionmusic.com
**Contact:** Alexei Cernetchi
**Styles:** All Styles
**Published:** Matthew Finch, Freudz Couch, The Boston Shakers, Long John
**How to Submit:** Links and contact information to info@sextillionmusic.com

**SHAPIRO, BERNSTEIN & CO.**
200 Varick Street #801
New York, NY 10014
212-675-0541
**Email:** licensing@shapirobernstein.com
**Web:** shapirobernstein.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**SILVER BLUE MUSIC /
OCEANS BLUE MUSIC**
3940 Laurel Canyon Blvd., Ste. 441
Studio City, CA 91604
818-980-9588
**Email:** jdiamond20@aol.com
**Web:** joeldiamond.com
**Contact:** Joel Diamond
**Styles:** pop, R&B
**How to Submit:** unsolicited material accepted, does not return materials

**SIMPLY GRAND MUSIC, INC.**
P.O. Box 770208
Memphis, TN  38177
901-763-4787
**Email:** linda@simplygrandmusic.com
**Styles:** all genres welcome
**Published:** Elvis Presley, Jerry Lee Lewis, Etta James, Leela James, George Jackson, the Ovations, Barbara & the Browns
**How to Submit:** limit three songs per submission. 2-4 weeks for a response. Include Lyrics and a SASE if you want any material returned.

**SONGS FOR THE PLANET**
P.O. Box 40251
Nashville, TN 37204
615-269-8682
**Email:** songsfortheplanet@songsfortheplanet.com
**Web:** songsfortheplanet.com
**Styles:** rock & roll, reggae, R&B, alt.
**How to Submit:** email to request submission policy

**SONY/ATV MUSIC PUBLISHING**
1024 N Orange Dr.
Hollywood, CA 90038
310-441-1300
**Email:** info@sonymusicpub.com
**Web:** sonyatv.com , sonymusicpub.com/en
**Styles:** pop, R&B, rock, dance
**Published:** Steve Dorff, Bjork, Puff Johnson, Crystal Waters, Marvin Hamlisch, etc.
**How to Submit:** no unsolicited material

**Additional locations:**

**Nashville**
8 Music Sq. W.
Nashville, TN 37203
615-726-8300
**Email:** info@sonymusicpub.com

**New York**
25 Madison Ave., 24th Fl.
New York, NY 10010
**Email:** info@sonymusicpub.com
212-833-7730

**Miami**
605 Lincoln Rd.,
Miami Beach, FL 33139
305-532-3361
**Email:** smplatin@sonymusicpub.com

**SPIRIT MUSIC GROUP**
235 W. 23rd St., #5
New York, NY 10011
212-533-7672 Fax 212-979-8566
**Web:** spiritmusicgroup.com
**Styles:** all styles
**How to Submit:** no unsolicited material

**Additional locations:**

**Nashville**
1818 20th Ave S Ste 200
Nashville, TN 37212
615-321-2700

**Los Angeles**
8455 Beverly Blvd, Suite 309
Los Angeles, CA 90048
310-652-1413

12711 Ventura Blvd.
Suite 110
Studio City, CA 91604
818-508-3303

**London**
46A Great Marlborough St., 3rd Fl.
London, W1F 7JW
44 0207 043 2316

**The Netherlands**
Mozartlaan 25 (h)
1217 CM
Hilversum, The Netherlands
035 544 7097

**SPRUILL HOUSE MUSIC, INC.**
P.O. Box 92832
Pasadena, CA 91109-2751
626-797-2429
**Email:** spruilhous@aol.com
**Web:** spruillhousemusic.com
**Contact:** Stephanie Spruill
**How to Submit:** no unsolicited material

**STEF ANGEL MUSIC GROUP**
Beverly Hills, CA
310-388-5880
**Email:** info@stefangelmusic.com, music-submission@stefangelmusic.com
**Web:** stefangelmusic.com

**SUPREME ENTERPRISES INTL. CORP. / FUERTE SUERTE MUSIC**
P.O. Box 1373

**Download at** *musicconnection.com/industry-contacts*

Agoura Hills, CA 91376
818-707-3481
**Email:** seicorp@earthlink.net, supreme2@earthlink.net
**Web:** raggaforce.com, fuertesuertemusic.com
**Styles:** Latin pop, trance, dance, Spanish/English reggae
**How to Submit:** unsolicited material accepted, no phone calls, include email for response, material must be copyrighted

**SYMBIOTIC MUSIC PUBLISHING**
P.O. Box 88456
Los Angeles, CA 90009
424-245-0416
**Web:** symbioticmusicpublishing.com
**Contact**: Jerjan Alim, Creative Director A&R
**Styles:** All
**Services:** Music Publishing, Music Library
**How to Submit:** accepts unsolicited material, see website for details

**TRANSITION MUSIC CORP.**
P.O. Box 2586
Toluca Lake, CA 91610
323-860-7074 Fax 323-860-7986
**Email:** submissions@transitionmusic.com
**Web:** transitionmusic.com
**Contact:** New Submissions Dept.
**Published:** 1000's of titles
**How to Submit:** unsolicited material accepted. Online only. See website.

**UNIVERSAL MUSIC PUBLISHING GROUP (UMPG)**
2105 Colorado Ave.
Santa Monica, CA 90404
310-235-4892
**Web:** umusicpub.com,umpg.licensing@umusic.com
**Published:** 3 Doors Down, 50 Cent, ABBA, Christina Aguilera, Beastie Boys, Mary J. Blige, Bon Jovi, Mariah Carey, Chemical Brothers, the Clash, Coldplay, Elvis Costello, the Cure, Daughtry, Gloria and Emilio Estefan, Franz Ferdinand, Juan Gabriel, Robin and Maurice Gibb (Bee Gees), Dave Grohl (Foo Fighters), Elton John, Keane, The Killers, Linkin Park, Maroon 5, Brian McKnight, Ne-Yo, Prince, The Sex Pistols, more.
**How to Submit:** no unsolicited material

**URBAND & LAZAR MUSIC PUBLISHING**
Los Angeles, CA
323-230-6592
**Email:** help@urbandlazar.com
**Web:** urbandlazar.com
**Contact:** Jonathan Lazar
**Styles:** indie rock, alt., s/s, dub, pop
**How to Submit:** no unsolicited material

**WARNER CHAPPELL PRODUCTION MUSIC**
21 Music Square East
Nashville, TN 37203
888-615-8729, Fax 615-242-2455
**Email:** info@warnerchappellpm.com
**Web:** warnerchappell.com, warnerchappellpm.com
**How To Submit:** We do accept composer demos and library discs for consideration. Only accepts emails with links to your music, NO music files attached to email

**Additional Locations:**

**New York**
1633 Broadway D 9th Floor
New York, NY 10019
212-275-1729

**Los Angeles**
777 Santa Fe Ave
Los Angeles, CA 90021
310-441-8722

**WINETHIRTY MUSIC PUBLISHING**
A new division of Evolution Promotion
7 Arlene Ave.
Wilmington, MA 01887
978-658-3357
**Email:** info@evolutionpromotion.com
**Web:** facebook.com/evolutionpromotionmusic
**Contact:** Karen Lee, President; Karen Doran, GM
**Styles:** concentrates on music placements in Film/TV, commercials, video games, web
**Published:** boutique publisher representing the works of a choice few independent artists and composers including: Asaf Avidan, Miles of Wire, Rogue State, Dolom Zero, Aquarius Minded
**How to Submit:** see website for submission instructions

**Additional location:**

**Los Angeles**
3039 Hillcrest Dr.
Los Angeles, CA 90016

**WISE MUSIC CREATIVE**
180 Madison Ave.
New York, NY 10016
212-254-2100
**Email:** leticia.alvarez@wisemusic.com
**Web:** us.wisemusiccreative.com
**Styles:** all styles
**How to Submit:** accepts unsolicited material via mail

**Additional location:**

1247 6th Street
Santa Monica, CA 90401
(310) 393 9900

**WIXEN MUSIC PUBLISHING INC.**
27200 Agoura Road, Suite 201
Calabasas, CA 91301
818-591-7355 Fax 818-591-7178
**Email:** licensing@wixenmusic.com
**Web:** wixenmusic.com
**Contact:** Randall Wixen
**How to Submit:** call for more info

**WORD MUSIC PUBLISHING**
25 Music Square
Nashville, TN 37203
615-687-6780
**Email:** curb@curb.com
**Web:** wordmusic.com
**Styles:** CCM
**How to Submit:** no unsolicited material, Christian arm of Warner Brothers

<span style="background:red;color:white">**ORGANIZATIONS**</span>

**AFM & SAG-AFTRA INTELLECTUAL PROPERTY RIGHTS DISTRIBUTION FUND**
4705 Laurel Canyon Blvd.
Valley Village, CA 91607
818-255-7980 Fax 818 -255-7985
**Email:** info@afmsagaftrafund.org , facebook@afmsagaftrafund.org
**Web:** afmsagaftrafund.org

**ASCAP (AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS)**
7920 Sunset Blvd., S., 3rd Fl.
Los Angeles, CA 90046
323-883-1000
**Email:** info@ascap.com
**Web:** ascap.com
**Styles:** all styles

**Additional locations:**

**New York**
250 West 57th Street
New York, NY 10107
212-621-6000
**Atlanta**
950 Joseph E. Lowery Blvd., N.W., Ste. 23
Atlanta, GA 30318
404-685-8699 Fax 404-685-8701

**Nashville**
Two Music Sq. W.
Nashville, TN 37203
615-742-5000 Fax 615-742-5020

**Miami**
420 Lincoln Rd., Ste. 502
Miami Beach, FL 33139
305-673-3446 Fax 305-673-2446

**London**
4 Millbank, 2nd Fl.
London SW1P 3JA
011-44-207-439-0909
Fax 011-44-207-434-0073

**ASSOCIATION OF INDEPENDENT MUSIC PUBLISHERS (AIMP)**
1812 W. Burbank Blvd. #7349
Burbank, CA  91506
**Email:** lainfo@aimp.org
**Web:** aimp.org

**Additional locations:**

**New York**
485 Madison Avenue, 9th Floor
New York, NY 10022
**Email:** nyinfo@aimp.org

**Nashville, TN**
615-210-0075
**Email:** aimpnashville@gmail.com

**BMI (BROADCAST MUSIC INC.)**
9420 Wilshire Blvd.
Suite 200
Beverly Hills, CA 90212
310-659-9109
**Email:** losangeles@bmi.com
**Web:** bmi.com
**Styles:** all styles

**Additional locations:**

**New York**
7 World Trade Center
250 Greenwich St.
New York, NY 10007-0030
**Email:** newyork@bmi.com
212-220-3000

**Nashville**
10 Music Square E.
Nashville, TN 37203
**Email:** nashville@bmi.com
615-401-2000

**Atlanta**
3340 Peachtree Rd. N.E., Ste. 570
Atlanta, GA 30326
**Email:** atlanta@bmi.com
404-261-5151

**Puerto Rico**
1250 Ave. Ponce de Leon
San Jose Building, Ste. 1008
Santurce, PR 00907
787-754-6490
**Email:** puertorico@bmi.com

**Texas**
1400 S. Congress Avenue
Suite B 300
Austin, TX 78704
512-350-2033

**London**
84 Harley House
Marylebone Rd.
London NW1 5HN, U.K.
**Email:** london@bmi.com
011-44-20-7486-2036

**CALIFORNIA COPYRIGHT CONFERENCE (CCC)**
P.O. Box 57962
Sherman Oaks, CA 91413
818-379-3312
**Email:** manager@theccc.org
**Web:** theccc.org

**CHURCH MUSIC PUBLISHERS ASSOCIATION (CMPA)**
P.O. Box 158992
Nashville, TN 37215
615-791-0273 Fax 615-790-8847
**Web:** cmpamusic.org (under construction)

**FILM MUSICIANS SECONDARY MARKETS FUND**
14761 Califa St.
LA, CA  91411 Fl.
818-755-7777, 888-443-6763,
Fax 818-755-7778
**Email:** participantservices@fmsmf.org
**Web:** fmsmf.org

**HARRY FOX AGENCY, INC., THE (HFA)**
40 Wall St., 6th Fl.
New York, NY 10005

212-834-0100
**Web:** harryfox.com

**NATIONAL MUSIC PUBLISHERS ASSOCIATION (NMPA)**
1900 N St. NW, Suite 500
Washington, D.C. 20036
202-393-6672
**Web:** nmpa.org

**SESAC**

35 Music Sq. E.
Nashville, TN 37203
615-320-0055
**Web:** sesac.com
**Styles:** all styles

**Additional locations:**

**Santa Monica**
2150 Colorado Ave., Suite 150
Santa Monica, CA 90404
424-291-4750

**New York**
250 W. 57th St.,
Suite 2400
New York, NY 10107

40 Wall Street, 6th Floor
New York, NY 10005
212-586-3450 Fax 212-489-5699

**London**
1 Primrose St.
London EC2A 2EX
England
020 7616 9284

**SOUNDEXCHANGE, INC.**
733 10th St., N.W., 10th Fl.
Washington, D.C. 20001
202-640-5858
**Email:** info@soundexchange.com
**Web:** soundexchange.com

**U.S. COPYRIGHT OFFICE**
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
20-707-3000, 1-877-476-0778 (toll free)
**Web:** copyright.gov