UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-07837-SVW-AS | Date: | January 12, 2026 |
|---|---|---|---|

Title:   Gloria Gaynor et al v. Joel Diamond et al

Present: The Honorable   **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 1-12-26 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Richard A Marcus | Sean Michael Hardy |
| Vivian R Drohan | |

**Proceedings:**   ZOOM - MOTION to Dismiss SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(1), 12(b)(1), & 41(b) filed by Defendants [64]

       Case called. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

                                                                                                    :     25